DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SPARTAN SERVICE, CORP., INDIVIDUALLY AND A/A/O ROSA OLIVERAS AND JOSE MARTINEZ,**
Appellants,

v.

**SAFEPOINT INSURANCE COMPANY,**
Appellee.

No. 4D2024-3142

[May 21, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. 062023CC043297AXXXCE.

Scott James Edwards of Scott J. Edwards, P.A., Boca Raton, for appellants.

Patrick Michael Chidnese and Frieda C. Lindroth, Bickford & Chidnese, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***